# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

GARY MALIK,

    Plaintiff,

    v                              Case No. 2:08cv11521

COLLECTO, INC., d/b/a COLLECTION
COMPANY OF AMERICA and EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendant.
_____/

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE AS TO COLLECTO, INC. d/b/a COLLECTION COMPANY OF AMERICA

    At a session of said Court, held in the Federal Courthouse, City of Detroit, County of Wayne, and State of Michigan on October 30, 2008

    PRESENT: HON. DENISE PAGE HOOD
                  District Court Judge

Upon stipulation of the parties, by and through their respective legal counsel and the Court being fully advised in the Premises;

***NOW, THEREFORE:***

***IT IS HEREBY ORDERED*** that the within cause of action be and the same is dismissed with prejudice and without costs as to Defendant, Collectco, Inc. d/b/a Collection Company of America.

***IT IS FURTHER ORDERED*** that the entry of this Order does not resolve the last pending claim and does not close this case. There are issues to be further litigated.

                                        s/ DENISE PAGE HOOD
                                        Hon. Denise Page Hood
                                        District Court Judge

*APPROVED FOR ENTRY:*

| | |
|---|---|
| /s/ Adam S. Alexander | /s/Steven A. Siman |
| Adam S. Alexander (P53584) | Steven A. Siman (P20480) |
| The Alexander Law Firm | Steven A. Siman, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 18930 W. 10 Mile Road, Suite 2500 | 3250 W. Big Beaver, Suite 344 |
| Southfield, Michigan 48075 | Troy, Michigan 48084-2902 |
| (248) 246-6353 | (248) 643-4700 |
| adalesq@gmail.com | sas@simanlaw.net |

    I hereby certify that a copy of the foregoing document was served upon counsel of record on October 30, 2008, by electronic and/or ordinary mail.

                                             s/William F. Lewis
                                             Case Manager